**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6975**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEVEN A. SILVERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-87-144-Y)

---

Submitted:  January 2, 1996          Decided:  August 6, 1996

---

Before HALL and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven A. Silvers, Appellant Pro Se.  Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Ursery, ___ U.S. ___, 64 U.S.L.W. 4565, 4566, 4572 (U.S. June 24, 1996) (Nos. 95-345; 95-346). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED